THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-274-5D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF APPEARANCE |
| ) | |
| LUISIANA FIGUERROA-QUEZADA ) | |
| _____ ) | |

The undersigned attorney hereby notifies this Honorable Court that said attorney has been APPOINTED to represent the above-named defendant in this criminal case.

Furthermore, by filing this notice of appearance, the undersigned attorney certifies that a copy of said Notice has been served upon:

JENNIFER E. WELLS
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601
jennifer.e.wells@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on April 15, 2013, using the CM/ECF system which will send notification of such filing to the above.

This the 15th day of April, 2013.

/s/ Michael Driver
MICHAEL DRIVER
N.C. State Bar No. 21340
5011 South Park Drive, Suite 230
Durham, NC 27713
Tel: (919) 484-7265
Fax: (866) 376-2036
michael.driverlaw@gmail.com

Counsel for Defendant